**UNITED STATES of America,
Defendant-Appellant,**

v.

**JET FLORIDA SYSTEM, INC., f/k/a
Air Florida, Inc., and Airport
System, Inc., Plaintiffs-Appellees.**

**Bankruptcy No. 85–2719–CIV–EPS.**

United States District Court,
S.D. Florida.

Nov. 4, 1986.

### ORDER

SPEILMAN, District Judge.

Upon Joint Motion by the United States and Jet Florida System, Inc., and for good cause shown, it is

ORDERED that the Memorandum Opinion and Order Affirming Order of Bankruptcy Court, entered on December 3, 1985, are hereby WITHDRAWN.